United States District Court
Western District of Texas
El Paso Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>(1) JOSEPH ROCHA-CHAPARRO,<br>    Defendant. | EP-23-CR-0465-FM |

### United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant has been charged by Indictment with violations of Title 18, United States Code, Section 933, *Trafficking in Firearms* (Count 1); Title 18, United States Code, Section 932, *Straw Purchasing of Firearms* (Count 2); and Title 18, United States Code, Section 371, *Conspiracy* (Count 3).

2. The Defendant is a United States citizen, however, Defendant presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge.

3. The Defendant has a prior criminal history.

4. There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

5. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

                              Respectfully submitted,

                              JAIME ESPARZA
                              UNITED STATES ATTORNEY

By:   *Juan Albino*
       JUAN ALBINO
       Assistant U.S. Attorney
       Florida Bar#1025294
       700 E. San Antonio, Suite 200
       El Paso, Texas 79901
       (915) 534-6884